■ In the Matter of HASSAN F., a Person Alleged to be a Juvenile Delinquent, Appellant. [637 NYS2d 111] —Order of disposition, Family Court, Bronx County (Jody Adams, J.), entered on or about November 3, 1994, which adjudicated respondent a juvenile delinquent and placed him on probation for 18 months, following a fact-finding determination that respondent commit-

ted an act which, if committed by an adult, would constitute the crime of criminal possession of a weapon in the second degree, unanimously affirmed, without costs.

Respondent's motion to suppress the gun found in his vest pocket was properly denied. The arresting police officers, responding to a radio report of a man with a gun menacing a civilian, arrived at the location four to five minutes later. They observed respondent, who was wearing clothes very similar to those specifically described over the radio, duck into a doorway and adjust or hide something in his vest. These observations made it reasonable for the officers to believe that respondent was armed, and justified the stop and frisk (*see*, *Matter of Wilberto R.*, 220 AD2d 332). Concur—Rosenberger, J. P., Wallach, Nardelli, Williams, and Tom, JJ.